*Richard E. Condon, Jr.*, deputy assistant state's attorney, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 8, 2002

STATE OF CONNECTICUT *v.* ARIEL FALCON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 68 Conn. App. 884 (AC 20475), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Melissa L. Streeto*, special deputy assistant state's attorney, in support of the petition.

*Matthew J. Collins*, special public defender, in opposition.

Decided May 15, 2002

JOSEPH DOEHRER *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Doehrer's petition for certification for appeal from the Appellate Court, 68 Conn. App. 774 (AC 20865), is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*David R. Kritzman*, in support of the petition.

*Michael E. O'Hare*, supervisory assistant state's attorney, in opposition.

Decided May 15, 2002